1  Nissim Levin, Esq. #306376
2  Jeremy J. Levy, Esq. 309462
   **ABRAMSON LABOR GROUP**
3  3580 Wilshire Blvd, Suite 1260
4  Los Angeles, California 90010
   Tel:   (213) 493-6300
5  Fax:   (213) 382-4083
6  nissim@abramsonlabor.com
   jeremy@abramsonlabor.com
7
8  Attorneys for Plaintiff,
   JOANN GONZALEZ
9
                    **UNITED STATES DISTRICT COURT**
10                  **CENTRAL DISTRICT OF CALIFORNIA**
                         **SOUTHERN DIVISION**
11

| | |
|---|---|
| JOANN GONZALEZ, | Case No.: 8:17-CV-2022 |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO REMAND TO STATE COURT PURSUANT TO 28 U.S.C. §1447(c)** |
| COSTCO WHOLESALE CORPORATION, a corporation, ALFREDO RODRIGUEZ, an individual, GREG GARDNER, an individual, PEDRO MORELLO, an individual, FIDEL CARDOSO, an individual, and DOES 1-100, | *[Filed concurrently with Memorandum of Points and Authorities; Declaration of Jeremy Levy; [Proposed] Order; and Certification and Notice of Interested Parties]* |
| | Hon. James V. Selena |
| | Date:       January 22, 2018
Time:       1:30 p.m.
Courtroom:  10C
Location:   411 W. 4th St, Santa Ana, CA 92701 |
| Defendants. | Complaint Filed: September 13, 2017
Trial Date: None Set |

25       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26
27       PLEASE TAKE NOTICE that on January 22, at 1:30 p.m., in Courtroom 10C
28  of the above-entitled court, located at 411 W. 4th Street, Santa Ana, CA 92701,

1

NOTICE OF MOTION TO REMAND

1  Plaintiff will and hereby does move this Court for an order, pursuant to 28 U.S.C. §
2  1447(c) and this Court's local rules, remanding this case to the Superior Court of
3  California in the County of Orange for the reasons set forth herein.  In addition,
4  please take notice that Plaintiff will seek attorney's fees and costs against
5  Defendants, COSTCO WHOLESALE CORPORATION, and their attorneys of
6  record, Matthew McConnell, jointly and severally, in the amount of $4,750 pursuant
7  to 28 U.S.C. § 1447(c). **This motion is made following the conference of counsel,**
8  **which began on November 22, 2017, pursuant to C.D. Cal. Civ. R. 7-3.**

9       Plaintiff's motion for remand is based upon this notice of motion, the
10 memorandum of points and authorities in support thereof, the declaration of Jeremy
11 Levy, and such other and further evidence and argument, both written and oral, as
12 may be presented to the Court.

14 Respectfully submitted,

16 DATED:  December 18, 2017              ABRAMSON LABOR GROUP

18                                           By:        /s/ Jeremy Levy
19                                           Jeremy Levy, Attorney for Plaintiff

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3580 Wilshire Boulevard, Suite 1260, Los Angeles, California 90010.

On the below date, I served a true copies of the foregoing documents described as **NOTICE OF MOTION TO REMAND THIS ACTION TO STATE COURT PURSUANT TO 28 USC §1447(c)** on all interested parties in this action directed as follows:

Matthew McConnell, Esq.
Sheppard Mullin
12275 El Camino Real, Suite 200
San Diego, CA 92130

/_X_/ With the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

/ __/ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to addressee.

/_ / (BY OVERNIGHT MAIL)  I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice it would be deposited with an overnight delivery service, courier fees paid, in accordance with the courier services terms.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 18, 2017, at Los Angeles, California.

                                          /s/ Nissim Levin
                                        Declarant, Nissim Levin